| OWNER | MOTION PICTURE | Copyright Certificate Number |
|---|---|---|
| Hunter Killer Productions, Inc. | *Hunter Killer* | PA2136168 |
| LHF Productions, Inc. | *London Has Fallen* | PA1982831 |
| TBV Productions, LLC | *I Feel Pretty* | Pau3896491 |
| Venice PI, LLC | *Once Upon a Time in Venice* | PA2039391 |
| Bodyguard Productions, Inc. | *The Hitman's Bodyguard* | PAu3844508 |

EXHIBIT "1"