CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone: (808) 464-4047
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com

Attorney for Plaintiffs
Hunter Killer Productions, Inc.,
TBV Productions, LLC,
Venice PI, LLC,
Bodyguard Productions, Inc., and
LHF Productions, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Hunter Killer Productions, Inc. et al, ) | **Case No.: 1:19-cv-00168-LEK-KJM** |
| ) | (Copyright) |
| Plaintiffs, ) | |
| vs. ) | **STIPULATED CONSENT** |
| ) | **JUDGMENT BETWEEN** |
| Qazi Muhammad Zarlish, et al. ) | **PLAINTIFFS AND DEFENDANT** |
| ) | **QAZI MUHAMMAD ZARLISH** |
| Defendants. ) | |
| ) | |

As attested to by the signatures of Defendant QAZI MUHAMMAD ZARLISH and counsel for the Plaintiffs below, this matter comes before the Court on the parties' joint Stipulated Consent Judgment.

Plaintiffs have filed a Complaint [Doc. #1] alleging that that Defendant QAZI MUHAMMAD ZARLISH, among others, is liable for intentional inducement,

contributory and direct copyright infringement per 17 U.S.C. §101, *et seq.*, false description per 15 U.S.C. §1051, *et seq.*, unfair competition per H.R.S. §480-2 and deceptive trade practices per H.R.S. §481A-3 for distributing and promoting the movie piracy software application Show Box app from the website latestshowboxapp.com and using said Show Box app to reproduce the motion pictures *The Hitman's Bodyguard* and *London Has Fallen*.

The parties, after conferral and investigation, now appear, Defendant QAZI MUHAMMAD ZARLISH *pro se* and Plaintiffs through counsel to fully and finally resolve all claims between the parties and the matters before the Court and have moved for entry of this Stipulated Consent Judgment.

WHEREFORE IT IS HEREBY STIPULATED AND ORDERED for all matters relevant to this case between the parties as follows:

1. This Court has jurisdiction over the parties and venue is proper.

2. Plaintiffs have valid and enforceable copyrights in the original copyrighted works as identified in Exhibit "1" of the Complaint [Doc. #1-1].

3. Defendant QAZI MUHAMMAD ZARLISH acknowledges that he has received independent legal advice from counsel or has had the opportunity to seek advice from counsel, with respect to the facts and this Stipulated Consent Judgment.

4.  Defendant QAZI MUHAMMAD ZARLISH admits to describing and providing links to the Show Box app as described in paragraphs 23-44 of the Complaint and reproducing copies of the motion pictures *The Hitman's Bodyguard* and *London Has Fallen* as alleged in paragraph 206 of the Complaint.

5.  Defendant QAZI MUHAMMAD ZARLISH states that: (i) he obtained the Show Box app apk file he placed on his website to be available for downloading from the website showbox.fun; and (ii) he believed the Show Box app was a legitimate application similar to Netflix and Amazon Prime Video based upon the descriptions of Show Box app at the websites showbox.fun and show-box.pro.

6.  Pursuant to stipulation of the parties, the below Money Judgment, Permanent Injunction and Order is to be entered against Defendant QAZI MUHAMMAD ZARLISH.

## MONEY JUDGMENT

A Money Judgment is awarded in favor of Plaintiffs Hunter Killer Productions, Inc., TBV Productions, LLC, Venice PI, LLC, Bodyguard Productions, Inc., and LHF Productions, Inc against Defendant QAZI MUHAMMAD ZARLISH in the amount of $150,000 (one hundred fifty thousand dollars) for costs, fees and damages.

**PERMANENT INJUNCTION**

Defendant QAZI MUHAMMAD ZARLISH is hereby PERMANENTLY ENJOINED from directly, contributorily or indirectly infringing Plaintiffs' rights in their motion pictures, including without limitation by using the Internet to reproduce or copy any of Plaintiffs' motion pictures, except pursuant to a lawful written license from Plaintiffs;

Defendant QAZI MUHAMMAD ZARLISH is hereby PERMANENTLY ENJOINED from promoting and or distributing movie piracy applications including but not limited to the Show Box app, Popcorn Time, CotoMovies (Bobby Movie Box), MediaBox HD (The Movie DB), Cinemabox, Moviebox, Terrarium, Mobdro and software applications affiliated with following piracy sources: YIFY; YTS; RARBG; TORRENTZ2; NYAA.SI; LIMETORRENTS; ZOOQLE; EZTV; and TORRENTDOWNLOADS.

This Court will retain jurisdiction until August 21, 2025 for the purposes of enforcing the Money Judgement, Permanent Injunction and Order.

Except as provided herein, each party is to bear their own costs and fees. With entry of this Consent Judgment, this matter is terminated with respect to Defendant QAZI MUHAMMAD ZARLISH.

APPROVED AND SO ORDERED, this day: August 26, 2019.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

So Stipulated and Respectfully Submitted:

On Behalf of Plaintiffs                               Defendant

/s/Kerry S. Culpepper  8/21/2019                      /s/ Zarlish 8/23/2019
Kerry S. Culpepper, Bar No. 9837                      QAZI MUHAMMAD ZARLISH
Culpepper IP, LLLC                                    Defendant
Email: kculpepper@culpepperip.com                     Email: zarlish24@hotmail.com
Culpepper IP, LLLC                                    Abdali Colony
75-170 Hualalai Road                                  11A Multan Punjab, 60000
Suite B204                                            PAKISTAN
Kailua Kona, HI 96740