CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:   (808) 464-4047
Facsimile:    (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiffs
Hunter Killer Productions, Inc.,
TBV Productions, LLC,
Venice PI, LLC,
Bodyguard Productions, Inc., and
LHF Productions, Inc.

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Hunter Killer Productions, Inc. et al, ) | **Case No.: 1:19-cv-00168-LEK-KJM** |
| ) | **(Copyright)** |
| Plaintiffs, ) | |
| vs. ) | SUBMISSION OF REPORT OF |
| ) | SERVICE PER HAGUE |
| Qazi Muhammad Zarlish, et al. ) | CONVENTION OF DEFENDANT |
| ) | PEBBLEBRIDGE TECHNOLOGIES, |
| Defendants. ) | LLP |
| ) | |
| ) | |
| ) | |

SUBMISSION OF REPORT OF SERVICE PER HAGUE CONVENTION OF
<u>DEFENDANT PEBBLEBRIDGE TECHNOLOGIES, LLP</u>

   Plaintiffs are submitting the Service Report from the Government of India, Ministry of Law & Justice indicating that Defendant Pebblebridge Technologies was served the Summons, Complaint and Scheduling Order on June 14, 2019.

DATED: Kailua-Kona, Hawaii, November 12, 2019.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiffs
Hunter Killer Productions, Inc.,
TBV Productions, LLC,
Venice PI, LLC,
Bodyguard Productions, Inc., and
LHF Productions, Inc.,