CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:   (808) 464-4047
Facsimile:    (202) 204-5181
E-Mail:        kculpepper@culpepperip.com

Attorney for Plaintiffs
Hunter Killer Productions, Inc.,
TBV Productions, LLC,
Venice PI, LLC,
Bodyguard Productions, Inc., and
LHF Productions, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Hunter Killer Productions, Inc. et al,  )<br>  )<br>Plaintiffs,  )<br>   vs.  )<br>  )<br>Qazi Muhammad Zarlish, et al.  )<br>  )<br>Defendants.  )<br>  ) | **Case No.: 1:19-cv-00168-LEK-KJM**<br>(Copyright)<br><br>**STIPULATED CONSENT JUDGMENT BETWEEN PLAINTIFFS AND DEFENDANT PEBBLEBRIDGE TECHNOLOGIES, LLP** |

As attested to by the signatures of VINAY KUMAR UDATALA and VISHNUDATH REDDY MANGILIPUDI, the designated partners of PEBBLEBRIDGE TECHNOLOGIES, LLP and counsel for the Plaintiffs below, this matter comes before the Court on the parties' joint Stipulated Consent Judgment.

Plaintiffs have filed a Complaint [Doc. #1] alleging that that Defendant

PEBBLEBRIDGE TECHNOLOGIES, LLP among others, is liable for intentional inducement, contributory and direct copyright infringement per 17 U.S.C. §101, *et seq.*, false description per 15 U.S.C. §1051, *et seq.*, unfair competition per H.R.S. §480-2 and deceptive trade practices per H.R.S. §481A-3 for distributing and promoting the movie piracy software application Show Box app from the websites showbox.fun, show-box.pro and showboxforipad.com and using said Show Box app to reproduce the motion picture *London Has Fallen*.

The parties, after conferral and investigation, now appear, Defendant PEBBLEBRIDGE TECHNOLOGIES, LLP *pro se* through its limited designated partners and Plaintiffs through counsel to fully and finally resolve all claims between the parties and the matters before the Court and have moved for entry of this Stipulated Consent Judgment.

WHEREFORE IT IS HEREBY STIPULATED AND ORDERED for all matters relevant to this case between the parties as follows:

1. This Court has jurisdiction over the parties and venue is proper.

2. Plaintiffs have valid and enforceable copyrights in the original copyrighted works as identified in Exhibit "1" of the Complaint [Doc. #1-1].

3. Defendant PEBBLEBRIDGE TECHNOLOGIES, LLP acknowledges that it has received independent legal advice from counsel or has had the

2

opportunity to seek advice from counsel, with respect to the facts and this Stipulated Consent Judgment.

4.   Defendant PEBBLEBRIDGE TECHNOLOGIES, LLP admits to describing and providing links to the Show Box app as described in paragraphs 45-88 of the Complaint and reproducing copies of the motion picture *London Has Fallen* as alleged in paragraph 207 of the Complaint.

5.   Pursuant to stipulation of the parties, the below Permanent Injunction and Order is to be entered against Defendant PEBBLEBRIDGE TECHNOLOGIES, LLP.

6.   Plaintiffs and Defendant PEBBLEBRIDGE TECHNOLOGIES, LLP agree to service of process via email or airmail at the email addresses and mailing addresses provided below for any notices to comply with the below Permanent Injunction and Order, and waive any requirement under the Hague Convention or other judicial treaty requiring that legal process be translated into any language other than English.

## PERMANENT INJUNCTION

Defendant PEBBLEBRIDGE TECHNOLOGIES, LLP, its designated partners VINAY KUMAR UDATALA and VISHNUDATH REDDY MANGILIPUDI, and those under its control are hereby PERMANENTLY

ENJOINED from directly, contributorily or indirectly infringing Plaintiffs' rights in their motion pictures, including without limitation by using the Internet to reproduce or copy any of Plaintiffs' motion pictures, except pursuant to a lawful written license from Plaintiffs;

Defendant PEBBLEBRIDGE TECHNOLOGIES, LLP, its designated partners UDATALA VINAY KUMAR and MANGILIPUDI VISHNUDATH REDDY, and those under its control are hereby PERMANENTLY ENJOINED from promoting and or distributing movie piracy applications including but not limited to the Show Box app, Popcorn Time, CotoMovies (Bobby Movie Box), MediaBox HD (The Movie DB), Cinemabox, Moviebox, Terrarrium, Mobdro and software applications affiliated with following piracy sources: YIFY; YTS; RARBG; TORRENTZ2; NYAA.SI; LIMETORRENTS; ZOOQLE; EZTV; and TORRENTDOWNLOADS.

This Court will retain jurisdiction until November 6, 2020 for the purposes of enforcing the Permanent Injunction and Order.

Except as provided herein, each party is to bear their own costs and fees. With entry of this Consent Judgment, this matter is terminated with respect to Defendant PEBBLEBRIDGE TECHNOLOGIES, LLP.

APPROVED AND SO ORDERED, this day: December 2, 2019.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

So Stipulated and Respectfully Submitted:

On Behalf of Plaintiffs

/s/Kerry S. Culpepper_11/5/2019____
Kerry S. Culpepper, Bar No. 9837
Culpepper IP, LLLC
Email: kculpepper@culpepperip.com
Culpepper IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua Kona, HI 96740

Defendant

/s/U Vinay Kumar    Date: 11/30/2019
Pebblebridge Technologies, LLP
VINAY KUMAR UDATALA, Designated Partner
Email: vinaykumar.att@gmail.com
Plot No.50, H.No.4-12-825,
Dawarakamai nagar Colony,
Vanasthalipura m,
Hyderabad Hyderabad TG 500070 IN


/s/ M Vishundath Reddy    Date:12/1/2019
Pebblebridge Technologies, LLP
VISHNUDATH REDDY MANGILIPUDI, Designated Partner
Email: vishnudath2@gmail.com
Plot No.50, H.No.4-12-825,
Dawarakamai nagar Colony,
Vanasthalipura m,
Hyderabad Hyderabad TG 500070 IN