IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HUNTER KILLER PRODUCTIONS, INC., TBV PRODUCTIONS, LLC, VENICE PI, LLC, BODYGUARD PRODUCTIONS, INC., LHF PRODUCTIONS, INC., <br><br>　　　　Plaintiffs, <br><br>　　vs. <br><br>QAZI MUHAMMAD ZARLISH, PEBBLEBRIDGE TECHNOLOGIES, LLP, VISHNUDATH REDDY MANGILPUDI, HOAN PHAM, NGHI PHAN NHAT, DOES 1-10, <br><br>　　　　Defendants. <br>_____ | CV 19-00168 LEK-KJM <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on June 15, 2020 and served on all parties on June 16, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiffs' Motion for Default Judgment Against Defendant Nghi Phan Nhat", ECF No. 56, are adopted as the

opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, July 14, 2020.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**HUNTER KILLER PRODUCTIONS, INC., ET AL. VS. QAZI MUHAMMAD ZARLISH, ET AL; CV 19-00168 LEK-KJM; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**