AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| HUNTER KILLER PRODUCTIONS, INC., TBV PRODUCTIONS, LLC, VENICE PI, LLC, BODYGUARD PRODUCTIONS, INC., LHF PRODUCTIONS, INC.<br><br>Plaintiffs,<br><br>V.<br><br>QAZI MUHAMMAD ZARLISH, PEBBLEBRIDGE TECHNOLOGIES, LLP, VISHNUDATH REDDY MANGILPUDI, HOAN PHAM, NGHI PHAN NHAT, DOES 1-10<br><br>Defendants. | DEFAULT JUDGMENT IN A CIVIL CASE<br><br>Case: CV 19-00168 LEK-KJM<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>July 15, 2020<br><br>At 2 o'clock and 57 min p.m.<br>MICHELLE RYNNE, CLERK |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of the Plaintiffs and against Defendant Nghi Phan Nhat pursuant to the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiffs' Motion for Default Judgment Against Defendant Nghi Phan Nhat", ECF No. 56, filed on June 15, 2020 and the "Order Adopting Magistrate Judge's Findings and Recommendation", ECF No. 57, filed on July 14, 2020.  Defendant Nhat is permanently enjoined from inducing and contributorily infringing on Plaintiffs' Works.  The Plaintiffs are awarded statutory damages in the total amount of $150,000, which is $30,000 for each Work, attorneys' fees in the total amount of $7,125.00 and costs in the total amount of $2,639.08.

|  |  |
|---|---|
| July 15, 2020 | MICHELLE RYNNE |
| Date | Clerk |
|  | /s/ Michelle Rynne by ET |
|  | (By) Deputy Clerk |